IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FERNANDO SUAZA ORTIZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-04784-FB |
| | § | |
| WARDEN, Dilley Immigration | § | |
| Processing Center; *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER OF DISMISSAL AND JUDGMENT

Before the Court is the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") (ECF No. 1), filed by Petitioner Fernando Suaza Ortiz ("Petitioner"). Respondents advise the Court that Petitioner was released from ICE custody on August 4, 2026.  (ECF No. 4 & Exhibit A, release document).  Petitioner's release moots this habeas challenge to Petitioner's detention.  *See Bacilio-Sabastian v. Barr*, 980 F.3d 480, 483(5th Cir. 2020); *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988); *Riley v. I.N.S.*, 310 F.3d 1253, 1257 (10th Cir. 2002); Virani v. Huron, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020).

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241  (ECF No. 1) is DISMISSED as MOOT.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is now CLOSED.

It is so ORDERED.

SIGNED this 13th day of August, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE